# IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,       )       NO.  3:07-00159-2
                                )       JUDGE HAYNES
v.                              )
                                )
BEATRICE L. McWHORTER,          )
                                )
    Defendant.       )

## O R D E R

The revocation hearing is set in this action for **Monday, July 16, 2012 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _25_ day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge